UNITED STATES FIDELITY & GUARANTY CO. v. UNITED STATES, to Use of GOLDEN PRESSED & FIRE BRICK CO. (Circuit Court of Ap-

peals, Eighth. Circuit. March 24, 1902.) No. 1,589. In Error to the Circuit Court of the United States for the District of Colorado. Questions certified to the supreme court of the United States.